WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone:   (949) 252-9400
Facsimile:    (949) 252-1032

E-FILED: 01/21/2016

Counsel for Bayview Loan Servicing, Northwest Trustee Services, Inc., and Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| VICTOR WONG, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company; NORTHWEST TRUSTEE SERVICES, INC., a Washington company; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto, or any cloud on Plaintiff's title thereto; and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 3:15-cv-02311-EMC<br><br>*Hon. Edward M. Chen*<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 28, 2016<br>Time:  10:30 a.m.<br>Ctrm.:  5 |

Having reviewed the Stipulation to Continue Case Management Conference, and for good cause appearing,

The Stipulation is approved. The hearing on the Case Management Conference is continued from January 28, 2016 to ~~February 25, 2016~~ March 10, 2016 at 10:30 a.m. in Courtroom 5. An updated joint CMC statement shall be filed by March 3, 2016.

**IT IS SO ORDERED.**

Dated: January 22, 2016

_____
HON. EDWARD M. CHEN

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE