WILLIAM G. MALCOLM #129271
BRIAN S. THOMLEY #275132
MALCOLM ♦ CISNEROS
A Law Corporation
2112 Business Center Drive
Irvine, California 92612
Telephone:   (949) 252-9400
Telecopier:  (949) 252-1032

E-FILED: 02/01/2016

Counsel for Bayview Loan Servicing, Northwest Trustee Services, Inc.,
and Federal Home Loan Mortgage Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| VICTOR WONG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION; BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company; NORTHWEST TRUSTEE SERVICES, INC., a Washington company; All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto, or any cloud on Plaintiff's title thereto; and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 3:15-cv-02311-JCS<br><br>*Hon. Edward M. Chen*<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), Defendants BAYVIEW LOAN SERVICING, LLC, NORTHWEST TRUSTEE SERVICES, INC., and FEDERAL HOME LOAN MORTGAGE CORPORATION (collectively "Defendants") and Plaintiff VICTOR WONG ("Plaintiff") hereby stipulate to dismiss the above-entitled action with prejudice.

///

///

///

1

Dated: February 1, 2016

DANFOURA LAW OFFICES

By: /s/ Christopher DeWys
CHRISTOPHER DEWYS
Attorneys for Victor Wong

Dated: February 1, 2016

MALCOLM ♦ CISNEROS, a Law Corporation

By: /s/ Brian S. Thomley
BRIAN S. THOMLEY
Attorney for Bayview Loan Servicing,
Northwest Trustee Services, Inc., and Federal
Home Loan Mortgage Corporation

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)

I, Brian S. Thomley, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2016 at Los Angeles, California.

/s/ Brian S. Thomley

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]